IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHAWN WILLIAMS**                                                                                                       **PLAINTIFF**
**ADC #116492**

v.                              **CASE NO. 4:23-CV-00873-BSM-PSH**

**SARAH HUCKABEE SANDERS,** *et al.*                                                   **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Patricia S. Harris's partial recommended disposition [Doc. No. 5] is adopted. Shawn Williams may proceed on his individual capacity claims against Ballard, Musselwhite, and Pierce. His official capacity claims against those defendants are dismissed with prejudice, and all other claims are dismissed without prejudice.

IT IS SO ORDERED this 21st day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE