IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHAWN WILLIAMS**  **PLAINTIFF**
*ADC #116492*

V.     CASE NO. 4:23-cv-00873-BSM-PSH

**GARY MUSSELWHITE,** *et al*   **DEFENDANTS**

## ORDER

Having reviewed the record carefully, Magistrate Judge Patricia S. Harris's recommended disposition [Doc. No. 41] is adopted. Defendants' motion for partial summary judgment on the issue of exhaustion is granted in part and denied in part. Shawn Williams's claims against Gary Musselwhite and Robert Pierce, and his First Amendment retaliation claim against Chiquia Ballard, are dismissed without prejudice for failure to exhaust available administrative remedies. Williams's remaining Eighth Amendment claims against Ballard will proceed. The clerk is directed to update the case caption accordingly.

IT IS SO ORDERED this 5th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE