IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SHAWN WILLIAMS**                                                                                                    **PLAINTIFF**
**ADC #116492**

v.                              CASE NO. 4:23-CV-00873-BSM

**BALLARD,** *et al.*                                                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of September, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE